# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 18-101 consolidated with 18-100

**JAMES M. BIGLANE AND**

**CHARLOTTE BIGLANE NOBILE**

**VERSUS**

**BOARD OF COMMISSIONERS, FIFTH**

**LOUISIANA LEVEE DISTRICT, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 44712
HONORABLE JOHN C. REEVES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## BILLY HOWARD EZELL
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Billy Howard Ezell, Shannon J. Gremillion, and D. Kent Savoie, Judges.

**APRIL 24, 2017 JUDGMENT REVERSED AND RENDERED; JUNE 19, 2017 JUDGMENT REVERSED.**

**Randall Alan Smith**
**Tiffany Hawkins Davis**
**Mary Nell Bennett**
**Smith & Fawer**
**201 St. Charles Ave., Suite 3702**
**New Orleans, LA 70170**
**(504) 525-2200**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **James M. Biglane**
    **Charlotte Biglane Nobile**

**Patrick Bayard McIntire**
**Oats & Marino**
**100 East Vermilion Street, Suite 400**
**Lafayette, LA 70501**
**(337) 233-1100**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Board of Commissioners for the Fifth Louisiana Levee District**

**Madaline Cross Gibbs**
**Seventh Judicial District Court Assistant District Attorney**
**P.O. Box 600**
**Harrisonburg, LA 71340**
**(318) 336-5526**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Board of Commissioners for the Fifth Louisiana Levee District**

**John D. Crigler, Jr.**
**Bishop Paxton Crigler & Moberley**
**P.O. Box 97**
**St. Joseph, LA 71366**
**(318) 766-4892**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Board of Commissioners for the Fifth Louisiana Levee District**

**EZELL, Judge.**

For the reasons set forth in the companion consolidated case hereto, *Biglane v. Bd. of Commissioners, Fifth Louisiana Levee Dist., et al.*, 18-100 (La.App. 3 Cir. ___/___/18), ___ So.3d ___, the April 24, 2017 and June 19, 2017 judgments of the Seventh Judicial District Court in favor of James Biglane and Charlotte Biglane Nobile against the Fifth Louisiana Levee District are reversed. All costs of this appeal are assessed against the James Biglane and Charlotte Biglane Nobile.

**APRIL 24, 2017 JUDGMENT REVERSED AND RENDERED; JUNE 19, 2017 JUDGMENT REVERSED.**